# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Zakka Moses, | Civ. No. 15cv4168 (PAM/JJK) |
| Petitioner, | |
| v. | |
| | **ORDER** |
| Loretta Lynch, Attorney General; Jeh Johnson, Secretary of the Department of Homeland Security; Jason Sieving, US ICE Field Office for the St. Paul Field Office; and Warden of Immigration Detention Facility; | |
| Respondents. | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 12, 2016. (Docket No. 16.) No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that**:

1. The Report and Recommendation (Docket No. 16) is **ADOPTED**;
2. The habeas petition (Docket No. 1) is **DENIED**; and
3. This matter **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Date:  May 5, 2016

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge